KEEFE, Respondent, v. BANNIN, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Daniel F. Keefe against William A. Bannin. No opinion. Motion denied.

KEEFE et al., Respondents, v. SUPREME COUNCIL OF CATHOLIC MUT. BEN. ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1901.) Action by Mary A. Keefe and another against the Supreme Council of the Catholic Mutual Benefit Association. No opinion. Judgment and order affirmed, with costs.

KELLY, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Elizabeth Kelly, as administratrix, against the Third Avenue Railroad Co. E. Treadwell, for appellant. A. E. Blackmar, for respondent. No opinion. Judgment and order affirmed, with costs.

KEMPNER et al., Respondents, v. PIETZ, Appellant. (Supreme Court, Appellate Term. April 19, 1901.) Action by Nathan Kempner and another against Gustav Pietz. From a judgment of the municipal court of the city of New York in favor of plaintiffs, defendant appeals. Affirmed. Houghton & Stoddard, for appellant. M. A. Leeser, for respondents.

PER CURIAM. Judgment affirmed, with costs.

KENNETT v. HOPKINS et al. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Francis J. Kennett against George B. Hopkins and another. No opinion. Motion denied, with $10 costs.

KERRIGAN, Respondent, v. FIELDING et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by John M. Kerrigan against Frederick W. Fielding and others. No opinion. Order affirmed, without costs.

KETCHUM v. BELDING. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Leonard C. Ketchum against Milo M. Belding, Jr. No opinion. Motion denied, with $10 costs.

In re LAING. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) In the matter of the application of Emily M. Laing for the appointment of a trustee under the will of James Ferris, deceased. No opinion. Motion denied, without costs.

In re LAWSON. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) In the matter of the application of Albert G. Lawson for the laying out of a highway in the town of Busti. No opinion. Order of county court confirmed.

L. D. GARRETT CO. v. McCOMB. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by the L. D. Garrett Company against J. Jennings McComb. No opinion. Motion denied.

LEGGETT, Appellant, v. PINE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Francis H. Leggett against James Pine and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re LENOX CORP. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) In the matter of the voluntary dissolution of Lenox Corporation. No opinion. Judgment affirmed, with costs. All concur, except LAUGHLIN, J., not voting.

In re LENOX CORP. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) In the matter of the voluntary dissolution of Lenox Corporation. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified filed with the clerk. See 68 N. Y. Supp. 103.

LEONARD, Respondent, v. MUNICIPAL GAS CO. OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Jane E. Leonard, as administratrix, etc., against the Municipal Gas Company of the City of Albany. No opinion. Motion denied.

LESLIE v. SARATOGA BREWING CO. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Mrs. Frank Leslie against the Saratoga Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 67 N. Y. Supp. 222.

LESLIE v. SARATOGA BREWING CO. (Supreme Court, Appellate Division, Third Department. March 8, 1901.) Action by Mrs. Frank Leslie against the Saratoga Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 67 N. Y. Supp. 222.

LESSER, Respondent, v. RIESS, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Rosa Lesser against Oscar Riess, impleaded, etc. S. Hoff, for appellant. W. J. Barr, for respondent. No opinion. Judgment and order affirmed, with costs.

LEUCHTER, Appellant, v. WESTERN UNION TEL. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Frederick Leuchter against the Western Union Telegraph Company and others. No opinion. Judgment affirmed, with costs.